UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIIREEN A. JONES, #23018260, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. |
| DALLAS COUNTY HOSPITAL DISTRICT – PARKLAND POLICE DEPARTMENT, | ) ) ) ) | 3:23-CV-1839-G-BN |
| Defendant. | ) ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The court grants the plaintiff's objection as to the error on page 4 of the magistrate judge's findings, conclusions and recommendation in the section entitled "Analysis," that states the plaintiff's desired compensation as totaling "$14 million" instead of the requested "$14,000.00" requested on page 4 of the Complaint. Finding no other error, the court **ACCEPTS**

the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 19, 2023.

                                                                                                    */s/ A. Joe Fish*
A. JOE FISH
Senior United States District Judge